# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JESSE WILLIAM QUIGLEY,

    Plaintiff,

v.                            Case No. 3:18-cv-643-J-32MCR

CLAY COUNTY SHERIFF'S OFFICE,
A. BAHNSEN, #7862, and T.
GIEBEIG, #7418,

    Defendants.

## O R D E R

This case is before the Court on the pro se Plaintiff's Affidavit of Indigency, construed as an Application to Proceed In Forma Pauperis (Doc. 6). On August 3, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 10) recommending that the Application be denied and the case be dismissed without prejudice. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

The Court conducted a de novo review and will give Plaintiff a final opportunity to file a Third Amended Complaint. The Court has attached a form Complaint for Violation of Civil Rights and a Guide for Proceeding Without a Lawyer to assist Plaintiff in drafting the amended pleading. In doing so, Plaintiff should address the matters identified by the Magistrate Judge in the Report and Recommendation.

Accordingly, it is hereby

**ORDERED:**

1. The Court **DEFERS** ruling on Plaintiff's Affidavit of Indigency, construed as an Application to Proceed In Forma Pauperis. (Doc. 6).

2. Plaintiff shall file a Third Amended Complaint by **October 5, 2018**.

**DONE AND ORDERED** in Jacksonville, Florida the 31st day of August, 2018.

*/s/ Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

sj

Attachments:
Complaint for Violation of Civil Rights
Guide for Proceeding Without a Lawyer

Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record

Pro se Plaintiff