**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JESSE WILLIAM QUIGLEY,

    Plaintiff,

v.                                         Case No. 3:18-cv-643-J-32MCR

DEPUTY A. BAHNSEN, #7862 and
DEPUTY T. GIEBEIG, #7418,

    Defendants.

_____

## **O R D E R**

On March 12, 2019, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 16) recommending that this case be dismissed without prejudice for failure to perfect service of process and to comply with the Court's Orders. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 16), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 16) is **ADOPTED** as the opinion of the Court.

2. This action is **DISMISSED without prejudice**.

3. The Clerk shall terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 2nd day of April, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

sej
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Pro se Plaintiff